AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Amanda Bush </br> *Plaintiff* </br> v. </br> Commissioner of Social Security </br> *Defendant* | ) </br> ) </br> ) Civil Action No. 3:17-cv-333 </br> ) </br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Report and Recommendation is ADOPTED in full; Commissioner's non-disability determination is REVERSED; REMANDING to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings; TERMINATING THIS CASE ON THE COURT'S DOCKET.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice _____ on a motion for Report and Recommendation

Date: 4/22/2019

CLERK OF COURT

*Sophia R. Bryant*
Signature of Clerk or Deputy Clerk